UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **ETHAN RADVANSKY, on behalf of himself and others similarly situated** </br></br> *Plaintiff* </br></br> v. </br></br> **NIP & TUCK PLASTIC SURGERY, LLC** </br></br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:25-cv-03502-MLB ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Kevin Mitchell, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to Nip & Tuck Plastic Surgery, LLC in Fulton County, GA on June 25, 2025 at 2:52 pm at 3280 Howell Mill Road Northwest, Suite 200, Atlanta, GA 30327 by leaving the following documents with Valeria Martinez who as Office Manager is authorized by appointment or by law to receive service of process for Nip & Tuck Plastic Surgery, LLC.

SUMMONS IN A CIVIL ACTION, COMPLAINT, COVER SHEET, AND EXHIBITS

Hispanic or Latino Female, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.8433592273,-84.4289370971
Photograph: See Exhibit 1


Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ____Gwinnett County_____,
____GA_____ on ____6/26/2025_____.

/s/ *Kevin Mitchell*
_____
Signature
Kevin Mitchell
+1 (678) 923-3094

Exhibit 1a)

