# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIP & TUCK PLASTIC SURGERY, LLC,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>1:25-cv-03502-MLB |

## DEFENDANT NIP & TUCK PLASTIC SURGERY, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Nip & Tuck Plastic Surgery, LLC ("NTPS") by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully requests that this Court grant a one month (30 day) extension of time through and including **August 15, 2025**, to answer or otherwise respond to Plaintiff's Complaint, and in support states as follows:

1. On June 23, 2025, Plaintiff filed his Complaint (the "Complaint") in this Court.

2. NTPS must currently answer or otherwise respond to Plaintiff's Complaint on or before July 16, 2025.

3. NTPS seeks this brief extension of time in order to further consult with counsel for Plaintiff to fully assess the allegations and claims made against it in the Complaint, and to investigate same before responding to the Complaint.

4. Pursuant to Fed. R. Civ. P. 6(b), NTPS submits that good cause is shown for the requested extension of time to respond to the Complaint.

5. Moreover, this request is not sought for the purpose of delay and no party will be prejudiced by the relief sought in this motion.

6. Counsel for Plaintiff does not oppose this Motion.

7. A proposed Order is attached hereto this Motion.

Submitted on this 14th day of July, 2025.

.

**HOLLAND & KNIGHT LLP**

*/s/ Matthew T. Covell*
Cynthia G. Burnside
Georgia Bar No.: 097107
Matthew T. Covell
Georgia Bar No. 190735
1180 West Peachtree Street
Suite 1800
Atlanta, GA 30309
Phone: (404) 817-8500
cynthia.burnside@hklaw.com
matthew.covell@hklaw.com

*Attorneys for Defendant*
*Nip & Tuck Plastic Surgery, LLC*

## **LR 7.1(D) FONT COMPLIANCE CERTIFICATION**

The undersigned counsel for Defendant NTPS hereby certifies that the within and foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

This 14th day of July, 2025.

**HOLLAND & KNIGHT LLP**

*/s/ Matthew T. Covell*
Matthew T. Covell
Georgia Bar No. 190735

*Attorneys for Defendant*
*Nip & Tuck Plastic Surgery, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a copy of the foregoing on counsel through the Court's CM/ECF system which automatically provides a copy to counsel of record.

This 14th day of July, 2025.

**HOLLAND & KNIGHT LLP**

*/s/ Matthew T. Covell*
Matthew T. Covell
Georgia Bar No. 190735

*Attorneys for Defendant*
*Nip & Tuck Plastic Surgery, LLC*