# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIP & TUCK PLASTIC SURGERY, LLC,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>1:25-cv-03502-MLB |

## ORDER

The Court, having considered Defendant Nip & Tuck Plastic Surgery, LLC's Motion for Extension of Time to Respond to Complaint (Dkt. 8), it is hereby **ORDERED AND ADJUDGED:**

1. Defendant Nip & Tuck Plastic Surgery, LLC's Motion for Extension of Time to Respond to Complaint is **GRANTED**;

2. Defendant Nip & Tuck Plastic Surgery, LLC **SHALL** answer or otherwise respond to Plaintiff's Complaint on or before August 15, 2025.

**SO ORDERED** this 15th day of July, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE