IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NIP & TUCK PLASTIC SURGERY, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:25-cv-03502-MLB |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NIP & TUCK PLASTIC SURGERY, LLC**

COMES NOW Defendant Nip & Tuck Plastic Surgery, LLC ("NTPS") and, pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Georgia Local Rule 3.3, hereby files this its Certificate of Interested Persons and Corporate Disclosure Statement, showing this Court as follows:

1.

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff**:	ETHAN RADVANSKY

**Defendant**:	NIP & TUCK PLASTIC SURGERY, LLC

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Plaintiff**:	Unknown

**Defendant:**	None

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff**:	Valerie Lorraine Chinn
Chinn Law Firm, LLC
245 N. Highland Ave.
Suite 230 #7
Atlanta, GA 30307
Phone: 404-955-7732
Email: vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: 617-485-0018
Fax: 508-318-8100

|  |  |
|---|---|
|  | Email: anthony@paronichlaw.com |
| **Defendant**: | Cynthia G. Burnside<br>Georgia Bar No.: 097107<br>Matthew T. Covell<br>Georgia Bar No. 190735<br>1180 West Peachtree Street<br>Suite 1800<br>Atlanta, GA 30309<br>Phone: (404) 817-8500<br>cynthia.burnside@hklaw.com<br>matthew.covell@hklaw.com |

Submitted on this 15th day of August, 2025.

        **HOLLAND & KNIGHT LLP**

        */s/ Cynthia G. Burnside*
        Cynthia G. Burnside
        Georgia Bar No.: 097107
        Matthew T. Covell
        Georgia Bar No. 190735
        1180 West Peachtree Street
        Suite 1800
        Atlanta, GA 30309
        Phone: (404) 817-8500
        cynthia.burnside@hklaw.com
        matthew.covell@hklaw.com

        *Attorneys for Defendant*
        *Nip & Tuck Plastic Surgery, LLC*

## **LR 7.1(D) FONT COMPLIANCE CERTIFICATION**

The undersigned counsel for Defendant hereby certifies that the within and foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

This 15th day of August, 2025.

**HOLLAND & KNIGHT LLP**

*/s/ Cynthia G. Burnside*
Cynthia G. Burnside
Georgia Bar No. 097107

*Attorneys for Defendant*
*Nip & Tuck Plastic Surgery, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a copy of the foregoing on counsel through the Court's CM/ECF system which automatically provides a copy to counsel of record.

This 15th day of August, 2025.

**HOLLAND & KNIGHT LLP**

*/s/ Cynthia G. Burnside*
Cynthia G. Burnside
Georgia Bar No. 097107

*Attorneys for Defendant*
*Nip & Tuck Plastic Surgery, LLC*

#525852098_V1