# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, on behalf of himself and others similarly situated, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:25-cv-03502-MLB |
| NIP & TUCK PLASTIC SURGERY, LLC, | |
| Defendant. | |

## CONSENT MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff, by and through undersigned counsel, respectfully moves the Court to continue the in-person Scheduling Conference currently set for September 29, 2025 at 2:00 p.m. before Judge Michael L. Brown (ATLA Courtroom 1906) by one week, to on or after October 6, 2025, at the Court's convenience. In support, Plaintiff states:

1. On September 25, 2025, the Court set an in-person Scheduling Conference for September 29, 2025 at 2:00 p.m.

2. Lead counsel for Plaintiff, Anthony I. Paronich, has a previously scheduled final approval hearing in a class action set for September 29, 2025 at 2:30 p.m. (ET) in Massachusetts. That hearing date was noticed months ago and

cannot be moved by counsel. The overlapping court appearance creates a direct scheduling conflict.

3. This request is made for good cause and in good faith, is narrowly tailored to a one-week continuance, and will not prejudice any party.

4. Defense counsel consents to the relief requested.

5. This is the first request to continue this setting.

WHEREFORE, Plaintiff respectfully requests that the Court continue the Scheduling Conference by one week, to on or after October 6, 2025, at a date and time convenient for the Court.

PARONICH LAW, P.C.

*/s/ Anthony I. Paronich*
Anthony I. Paronich (admitted *pro hac vice*)
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

Valerie Chinn
Attorney at Law
CHINN LAW FIRM, LLC
245 N. Highland Ave.
Suite 230 #7
Atlanta, GA 30307

2

*Counsel for Plaintiff and the proposed class*

Case 1:25-cv-03502-MLB   Document 15   Filed 09/25/25   Page 3 of 3