IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NIP & TUCK PLASTIC SURGERY, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:25-cv-03502-MLB |

## NOTICE OF SETTLEMENT AND MOTION TO STAY

Defendant Nip & Tuck Plastic Surgery, LLC ("Defendant") hereby notifies the Court that Plaintiff and Defendant have reached a settlement agreement pursuant to which Plaintiff is to dismiss this matter.

Plaintiff anticipates submitting a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 on or before October 24, 2025. The parties respectfully request that, pursuant to its inherent power to control its docket and in the interests of judicial economy, this Court stay the Status Conference currently scheduled for October 7, 2025 until after October 24, 2025.

Submitted on this 3rd day of October, 2025.

                                         **HOLLAND & KNIGHT LLP**

                                         */s/ Cynthia G. Burnside*
                                         Cynthia G. Burnside
Georgia Bar No.: 097107
Matthew T. Covell
Georgia Bar No. 190735
1180 West Peachtree Street
Suite 1800
Atlanta, GA 30309
Phone: (404) 817-8500
cynthia.burnside@hklaw.com
matthew.covell@hklaw.com

*Attorneys for Defendant*
*Nip & Tuck Plastic Surgery, LLC*

## **<u>LR 7.1(D) FONT COMPLIANCE CERTIFICATION</u>**

The undersigned counsel for Defendant hereby certifies that the within and foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

This 3rd day of October, 2025.

**HOLLAND & KNIGHT LLP**

*/s/ Cynthia G. Burnside*
Cynthia G. Burnside
Georgia Bar No. 097107

*Attorneys for Defendant*
*Nip & Tuck Plastic Surgery, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a copy of the foregoing on counsel through the Court's CM/ECF system which automatically provides a copy to counsel of record.

This 3rd day of October, 2025.

**HOLLAND & KNIGHT LLP**

*/s/ Cynthia G. Burnside*
Cynthia G. Burnside
Georgia Bar No. 097107

*Attorneys for Defendant*
*Nip & Tuck Plastic Surgery, LLC*